AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-CV-36 BRW

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Network of Community Options, Inc., c/o Mark Johnson
was received by me on *(date)* May 14, 2019

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Mark Johnson, who is designated by law to accept service of process on behalf of *(name of organization)* Network of Community Options, Inc., on *(date)* May 28, 2019 10:45 AM or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: May 28, 2019

*Steve Floyd*
Server's signature

Steve Floyd, process server
Printed name and title

5421 Southwest Drive, Jonesboro, AR 72404
Server's address

Additional information regarding attempted service, etc: