**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRANDON BATES,** *ET AL.*                                                                                    **PLAINTIFFS**

**1:19-CV-00036-BRW**

**NETWORK OF COMMUNITY OPTIONS, INC.**                                          **DEFENDANT**

## JUDGMENT

Today, Defendant was granted summary judgment on the claims asserted by Plaintiffs Linda Rapp, Craig Shumway, and Karen Shumway. Because there are no active Plaintiffs remaining, this case is CLOSED.

IT IS SO ORDERED this 27th day of April, 2020.

                                                    Billy Roy Wilson
                                                  UNITED STATES DISTRICT JUDGE